


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

August 18, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

**RECEIVED**
CLERK U.S. DISTRICT COURT
AUG 2 1 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|-----|-------|-----------------|
| 05-10366 | USA v. Mirikitani | CR-00-00442-HG |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Allison Fung
Deputy Clerk

Enclosure(s)
cc: All Counsel

INTERNAL USE ONLY: Proceedings include all events.
05-10366 USA v. Mirikitani

UNITED STATES OF AMERICA              Michael Purpura, Esq.
        Plaintiff - Appellee         6100
                                     [COR LD NTC aus]
                                     USH - OFFICE OF THE U.S.
                                     ATTORNEY
                                     PJKK Federal Building
                                     300 Ala Moana Blvd.
                                     P.O. Box 50183
                                     Honolulu, HI 96850


     v.

ANDREW K. MIRIKITANI                 Georgia K. McMillen, Esq.
        Defendant - Appellant        FAX 808/242-4343
                                     808/242-4343
                                     [COR LD NTC cja]
                                     P.O. Box 1512
                                     Wailuku Maui, HI 96793