November 2, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 09 2006
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-00-00442-HG
**Appeal Number:** 05-10366
**Short Title:** USA v. Mirikitani

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 8 | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 21 | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 Boxes |
| | 0 | Other | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 Boxes |
| | 0 | Other | | | | | |

**Other:** 12 SEALED Documents.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

November 2, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

*2 Files*

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-00-00442-HG
**Appeal Number:** 05-10366
**Short Title:** USA v. Mirikitani

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 8 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 21 | | |

| Bulky Documents in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
|---|---|---|---|---|
| | 0 Other | | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

**Other:** 12 SEALED Documents.

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 0 9 2006
DISTRICT OF HAWAII

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.