Westlaw.

192 Fed.Appx. 693                                                                                                     Page 1

192 Fed.Appx. 693, 2006 WL 2085384 (C.A.9 (Hawai'i))
**(Cite as: 192 Fed.Appx. 693)**

**H**
U.S. v. Mirikitani
C.A.9 (Hawai'i),2006.
This case was not selected for publication in the Federal Reporter.Please use FIND to look at the applicable circuit court rule before citing this opinion. (FIND CTA9 Rule 36-3.)
United States Court of Appeals,Ninth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Andrew K. **MIRIKITANI**, Defendant-Appellant.
No. 05-10366.

Submitted July 24, 2006.[FN*]

FN* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
Decided July 27, 2006.

Michael Purpura, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff-Appellee.
Georgia K. McMillen, Esq., Wailuku Maui, HI, for Defendant-Appellant.

Appeal from the United States District Court for the District of Hawaii, Helen Gillmor, District Judge, Presiding. D.C. No. CR-00-00442-HG.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM

FN** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

*1 Andrew K. **Mirikitani** appeals from the 51-month sentence imposed following his jury trial conviction for wire fraud; fraudulently obtaining and converting government property; accepting a bribe; extortion under color of official right; attempting to hinder the communication of information relating to the commission of a federal offense; and witness tampering. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The judicial fact-finding that occurred at Mirikitani's sentencing did not violate the Sixth Amendment because he was not sentenced pursuant to a mandatory guidelines scheme. *See United States v. Booker,* 543 U.S. 220, 245-46, 259-60, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *see also United States v. Ameline,* 409 F.3d 1073, 1077-78 (9th Cir.2005) (en banc). Further, the district court was not required to make factual findings beyond a reasonable doubt to comport with the guarantee of due process contained in the Fifth Amendment. *See United States v. Staten,* 450 F.3d 384, 392-93 (9th Cir.2006).

**AFFIRMED.**

C.A.9 (Hawai'i),2006.
U.S. v. Mirikitani
192 Fed.Appx. 693, 2006 WL 2085384 (C.A.9 (Hawai'i))

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.


EXHIBIT B