NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 02-10013 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-00-00442-HG-01<br>District of Hawaii, |
| v. | |
| ANDREW K. MIRIKITANI, | ORDER |
| Defendant - Appellant. | |

Before: SCHROEDER, Chief Judge, ALARCÓN, and FISHER, Circuit Judges.

Defendant-Appellant's Urgent Motion to Vacate Sentence and Remand is

DENIED as moot.



EXHIBIT C