## DECLARATION OF JOHN S. EDMUNDS

1. I am an attorney duly licensed to practice law in the State of Hawai'i and before the United States District Court for the District of Hawai'i and am one of the attorneys for Petitioner Andrew Mirikitani in the above-entitled matter, having been specifically requested by him to prepare and file the Petition herein. I make this Declaration based upon my own personal knowledge of the matters set forth herein.

2. Attached as Exhibit A hereinabove is a true and accurate copy of the Westlaw printout of United States v. Mirikitani, 380 F.3d 1223 (9th Cir. 2004).

3. Attached as Exhibit B hereinabove is a true and accurate copy of the Westlaw printout of the unpublished decision in United States v. Mirikitani, 192 Fed.Appx. 693 (2006).

4. Attached as Exhibit C hereinabove is a true and accurate copy of the Order entered on August 31, 2004 in the United States Court of Appeals for the Ninth Circuit, No. 02-10013.

5. Attached as Exhibit 1 hereinabove is a true and accurate copy of Defendant Andrew K. Mirikitani's Motion For A New Trial, without exhibits, filed in the United States District Court for the District of Hawaii on July 13, 2001, which I prepared, with others in my office, and signed and caused to be filed.

6. The notarized Authorization recently signed by Petitioner and attached hereto is the original of said Authorization which I received this week from Petitioner. I am informed and believe that the copy of the letter from attorney Georgia MacMillan to Mr. Mirikitani attached to said Authorization is a true and correct copy of the original

since (i) Mr. Mirikitani so advised me; (ii) Mr. Mirikitani sent me a copy thereof not long after he first received it and (iii) based on other correspondence directly between myself and Ms. MacMillan, her signature on said attachment appears identical to signed correspondence she has sent to me. As for the letter attached to said Authorization from Mr. Mirikitani to Ms. MacMillan, (i) I am familiar with Mr. Mirikitani's signature and that letter appears to have been signed by him and (ii) Mr. Mirikitani advised me at the time he sent said letter that he was sending it and that he was forwarding me a copy, which copy I received shortly after he advised me he would be sending it.

      I declare under penalty of perjury under the laws of the State of Hawai'i that the foregoing is true and correct.

Dated: October 29, 2007

_____
JOHN S. EDMUNDS