# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 07-00542 HG KSC |
| | Criminal No. 00-00442 HG 01 |
| CASE NAME: | Andre K. Mirikatani v. United States |
| | United States v. Andre K. Mirikatani |
| ATTYS FOR PETITIONER: | Pro Se |
| ATTYS FOR RESPONDENT: | U.S. Attorney's Office |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | November 6, 2007 | TIME: | |

## MINUTE ORDER

On October 29, 2007, Movant Andre K. Mirikitani filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255. (Doc. 262).

Pursuant to LR 7.10, respondent United States has until on or before **November 28, 2007** to file a response addressing the matters asserted in the petition as grounds for relief.

Submitted by:  Mary Rose Feria, Courtroom Manager

cc:   Above counsel and pro se parties
      Chief Judge Gillmor's chambers