ORIGINAL

**EDMUNDS & VERGA**
Attorneys at Law, A Law Corporation

JOHN S. EDMUNDS    734-0
jedmunds@ev-law.com
841 Bishop Street, Suite 2104
Honolulu, Hawai`i 96813
Telephone:  (808) 524-2000
Facsimile:   (808) 528-3585

Attorney for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 07 2007
at __1__ o'clock and __40__ min. __P__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW K. MIRIKITANI,   ) | CIVIL NO. 00542 HG/KSC |
| ) | |
| Petitioner,   ) | CERTIFICATE OF SERVICE |
| ) | |
| vs.   ) | |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Respondent.   ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that two (2) file-marked copies of Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody were mailed, postage prepaid, on November 5, 2007 to the following counsel at his last known address:

EDWARD H. KUBO, ESQ.
United States Attorney
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850

DATED: Honolulu, Hawai`i, November 7, 2007.

                                                                             /s/ John S. Edmunds
                                                                             JOHN S. EDMUNDS

                                                                             Attorney for Petitioner