IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW K. MIRIKITANI, ) | CIVIL NO. 00542 HG/KSC |
| ) | |
| Petitioner, ) | DECLARATION OF JOHN S. |
| ) | EDMUNDS |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## DECLARATION OF JOHN S. EDMUNDS

1. I am an attorney duly licensed to practice before the United States District Court for the District of Hawai'i.

2. I am now and was at all times describe in this Declaration the attorney for Defendant Andrew K. Mirikitani in the preparation and filing of this Motion.

3. Mr. Mirikitani asked me to represent him for purposes of filing a Motion for relief pursuant to 28 U.S.C. 2255 and I agreed, believing that he had grounds for so doing.

4. I have undertaken to handle this Petition without being paid to do so, because of Mr. Mirikitani's current financial circumstances.

5. Mr. Mirikitani sent me the pertinent information concerning the various dates in this case, including the date on which his second appeal was

decided by the Ninth Circuit Court of Appeals and the date on which the judgment affirming his conviction was entered in that case, viz., July 27, 2006.

6. I, and not Mr. Mirikitani, and not anyone else in my law firm, miscalculated the date on which the Petition was due under 28 U.S.C. 2255.

7. I hereby state under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed on November 26, 2007.

_____
JOHN S. EDMUNDS