## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties at their last known address as set forth below, on 11/26/07:

|  MAILED | HAND DELIVERED | |
|---|---|---|
| [X] | [ ] | EDWARD H. KUBO, JR., ESQ.<br>United States Attorney<br>CLARE CONNORS, ESQ.<br>Assistant United States Attorney<br>District of Hawaii<br>300 Ala Moana Blvd., Room 6-100<br>P.O. Box 50183<br>Honolulu, HI 96850 |

DATED: Honolulu, Hawai`i, November 26, 2007.

_____
JOHN S. EDMUNDS
Attorney for Petitioner